IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROCHE CONSTRUCTORS, INC., | |
| Plaintiff, | 7:12CV5011 |
| vs. | |
| LINCOLN COUNTY, NEBRASKA, | ORDER |
| Defendant and Third-Party Plaintiff | |
| vs. | |
| TREANOR ARCHITECTS, P.A., | |
| Third-Party Defendant. | |

This matter is before the court after a telephone conference with counsel for the parties on August 9, 2013. Jeremy T. Fitzpatrick represented Roche Constructors, Inc. Craig C. Dirrim represented Lincoln County, Nebraska. Kenton E. Snow represented Treanor Architects, P.A. After a general discussion about the progression of the case, the parties agreed to the following schedule.

**IT IS ORDERED**:

1. Any motions for summary judgment on the issue of the insurance claim for roof replacement shall be filed **on or before September 27, 2013**.

2. A telephone conference with the undersigned magistrate judge will be held on **October 17, 2013, at 10:00 a.m.**, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Counsel for Roche Constructors, Inc. shall initiate the call.

Dated this 9th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge