IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROCHE CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LINCOLN COUNTY, NEBRASKA, <br><br> Defendant and <br> Third-Party Plaintiff, <br><br> vs. <br><br> TREANOR ARCHITECTS, P.A., <br><br> Third-Party Defendant. | 7:12CV5011 <br><br> ORDER |

Upon notice of settlement given to the magistrate judge on April 24, 2014, by Craig C. Dirrim, attorney for the defendant and third-party plaintiff,

**IT IS ORDERED that**:

1.     On or before **May 26, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.     The previously scheduled telephone conference, status report deadline, final pretrial conference, and trial are cancelled upon the representation that this case is settled.

Dated this 24th day of April, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge