IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROCHE CONSTRUCTORS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>LINCOLN COUNTY, NEBRASKA,<br><br>    Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>TREANOR ARCHITECTS, P.A.,<br><br>    Third-Party Defendant. | Case No. 7:12-cv-5011<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This matter is before the Court on a Joint Stipulation for Dismissal with Prejudice ([Filing No. 71](#)) filed by the parties. After reviewing the Stipulation and being fully advised in the premises,

IT IS ORDERED the Stipulation shall be and the same is hereby approved.

IT IS FURTHER ORDERED that this case is dismissed with prejudice, each party to pay its own costs and attorney fees.

Dated this 23rd day of May, 2014.

                                                            BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    United States District Judge